UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>JEFFERY COHEN<br>FRANCINE COHEN<br><br>Debtor(s) | Case No. 91-00306<br>CHAPTER 7 |

**FILED**

MAY 1 2 2011

Clerk, U.S. District and
Bankruptcy Courts

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. Section 347, the undersigned trustee hereby submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. Section 2042 and shall not escheat under any state law. The unclaimed funds represent the dividends due and payable to:

| Creditor's name and Address | Amount of Dividend |
|---|---|
| Redstone Development Corp. | $1,145.92 |
| PSI Associates Inc.<br>1000 Vermont Avenue, NW<br>Suite 300<br>Washington, DC | $167.33 |
| Nicholas T. Filloramo<br>c/o Charles A. Moster, Esq.<br>1140 Connecticut Avenue<br>Washington, DC | $5,691.03 |
| People's Bank of Charles Town<br>c/o Allan P. Feigelson, Esq.<br>POB 361<br>Riverdale, MD | $1,338.88 |
| Federal Deposit Insurance Corp<br>As Receiver for Merchant Bank<br>PO Box 9349<br>Newport Beach, CA | $389.72 |
| Skidmore Owings & Merrill<br>1201 Pennsylvania Avenue, NW<br>Washington, DC | $1,446.66 |
| Sarah Engel<br>1099 22nd Street, NW<br>Washington, DC | $116.94 |

**Received
Mail Room**

MAY 12 2011

Angela D. Caesar, Clerk of Court
US Bankruptcy Court, District of Columbia

DB03/773380.0118/9666018.1 PF06

| | |
|---|---|
| Federal Deposit Insurance Corp.<br>As Receiver for Merchant Bank<br>PO Box 9349<br>Newport Beach, CA | $851.49 |
| Carl Gewirz & Ellen S. Gerald Sigal<br>c/o Anne Fraser, Esq.<br>1225 Eye Street, NW<br>Suite 900<br>Washington, DC | $172.24 |
| Washington Bancorporation<br>c/o David Roseman, Esq.<br>1450 G Street, NW<br>Washington, DC | $50,664.57 |
| Architectural Design Group Inc.<br>c/o Arthur Kornblut<br>Two Wisconsin Circle<br>Suite 1000<br>Chevy Chase, MD | $593.34 |
| Julius Sankin<br>c/o Barry A. Friedman, Esq.<br>1025 Connecticut Avenue, NW<br>Washington, DC | $2,730.87 |
| Trustee Norman Cohen<br>1801 S. Flagler Drive<br>West Palm Beach, FL | $6,364.68 |
| NationsBank<br>c/o Kevin R. McCarthy, Esq.<br>1225 19th Street, NW<br>Suite 600<br>Washington, DC | $637.32 |
| Renee Popkin<br>c/o 1st Washington Development<br>5330 Wisconsin Avenue<br>Suite 160<br>Chevy Chase, MD | $567.47 |
| Richard Lefkowitz<br>c/o 1st Washington Development<br>5330 Wisconsin Avenue<br>Suite 160<br>Chevy Chase, MD | $1,134.93 |

| | |
|---|---|
| Richard Lefkowitz and Larry Wenig as Trustee for Peter Lefkowitz Trust<br>5330 Wisconsin Avenue<br>Suite 160<br>Chevy Chase, MD | $1,134.93 |
| Eve Lefkowitz<br>c/o 1st Washington Development<br>5330 Wisconsin Avenue<br>Suite 160<br>Chevy Chase, MD | $1,134.93 |
| Louis Camhe<br>c/o 1st Washington Development<br>5330 Wisconsin Avenue<br>Suite 160<br>Chevy Chase, MD | $567.47 |
| Jack Camhe<br>c/o 1st Washington Development<br>5330 Wisconsin Avenue<br>Suite 160<br>Chevy Chase, MD | $567.47 |
| Pamela Camhe<br>c/o 1st Washington Development<br>5330 Wisconsin Avenue<br>Suite 160<br>Chevy Chase, MD | $567.47 |
| Samuel Camhe<br>c/o 1st Washington Development<br>5330 Wisconsin Avenue<br>Suite 160<br>Chevy Chase, MD | $567.47 |
| Mona Camhe<br>c/o 1st Washington Development<br>5330 Wisconsin Avenue<br>Suite 160<br>Chevy Chase, MD | $567.47 |
| Stephen O'Brien<br>2550 M Street, NW<br>Suite 303<br>Washington, DC | $6.96 |
| Compass Bank<br>c/o Peter C.L. Roth, Esq.<br>150 Federal Street<br>Boston, MA | $2,712.80 |

| | |
|---|---|
| Dominion Bank of Washington<br>c/o Mr. William A. Gallagher<br>1650 Tysons Blvd.<br>McLean, VA | $2,728.56 |
| Date: 5/11/2011 | /s/<br>_____<br>Marc E. Albert, Trustee<br>1150 18th Street, NW<br>Suite 800<br>Washington, DC 20036 |

DB03/773380.0118/9666018.1  PF06