(09/10)

**FILED AND ENTERED**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

JUL 14 2011

Clerk
U.S. Bankruptcy Court for D.C.

IN RE:                                )
Jeffrey N. & Francine G. Cohen    ,   )    Case No.: 91-00306
                    Debtor.   )    (Chapter 7)

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that unclaimed funds in the amount of $ 1,241 .21 are due to the applicant, Federal Deposit Insurance Corporation, for reasons stated in the Application filed in this case. It is thus

ORDERED that, pursuant to 28 U.S.C. §2042, the Clerk shall pay the unclaimed funds in the amount of $ 1,241 .21 to the order of:

FDIC, Receiver for The Merchant Bank of California
1601 Bryan Street
Dallas, Texas 75201
972-761-8636

Dated: July 13, 2011

_S. Martin Teel, Jr._
United States Bankruptcy Judge

Copies to:

Trustee
U.S. Attorney's Office
Office of U.S. Trustee
Applicant